IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MARCELO GARCIA, MARIA GARCIA, MARCELO S. GARCIA and VERONICA TREBINO, <br><br> Plaintiffs, <br><br>   v. <br><br> GEORGE PABEY, individually and in his official capacity as Mayor and RAYMOND RUCOBA, EDWARD M. KRESICH, DR. CHARLES COMER, individually and in their official capacity as Members of the Board of Public Safety and ANGELO MACHUCA, individually and as the Chief of Police of the City of East Chicago, Indiana and the CITY OF EAST CHICAGO, INDIANA, a Municipal corporation, <br><br> Defendants. | NO. 2:05-CV-217 |

## OPINION AND ORDER

This matter is before the Court on: (1) Plaintiff's Renewed Voluntary Motion to Dismiss (D.E. #s 91 and 92) filed by Plaintiff on April 20, 2007; (2) Defendants' Response to Plaintiffs' Renewed Voluntary Motion to Dismiss (D.E. # 93) filed by Defendants on April 23, 2007; and (3) Defendants' Supplemental Response to Plaintiffs' Renewed Voluntary Motion to Dismiss (D.E. # 94) filed by Defendants on April 27, 2007. Upon due consideration,

Plaintiffs' motion and Defendants' responses are **TAKEN UNDER ADVISEMENT**. For the reasons set forth below, the parties are **ORDERED** to brief the Court on the terms and conditions of dismissal, including costs and attorneys fees, on or before July 31, 2007.

Here, because the parties have not filed a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii), the Court may not dismiss the action "save upon order of the court and upon such terms and conditions as the court deems proper." Federal Rule of Civil Procedure 41(a)(2). Although the parties seem to agree to dismiss the substantive case, they currently do not agree on the terms and conditions of dismissal (e.g., whether each party will bear its own costs and attorneys fees). Accordingly, the Court **ORDERS** the parties to submit agreed terms and conditions of dismissal or in the event of further disagreement, their own versions of the proper terms and conditions of dismissal. This briefing is to be filed on or before July 31, 2007.

**DATED: July 6, 2007**            /s/ RUDY LOZANO, Judge
                                   **United States District Court**